Argued on motion to dismiss appeal October 5, appeal dismissed October 11, rehearing denied November 15, 1927.

## J. J. BERG *v.* J. GOLDSTONE.

(259 Pac. 916.)

**Appeal and Error—No Abstract Having Been Filed, as Required by Statute and Court Rule, Appeal will be Dismissed, and Judgment Affirmed (Or. L., § 554; Supreme Court Rule 6).**

Where no abstract was filed, as required by Section 554, Or. L., and Supreme Court Rule 6, nor showing made to excuse neglect, appeal will be dismissed and judgment affirmed.

---

Appeal and Error, 4 C. J., p. 386, n. 28, p. 569, n. 83.

From Multnomah: ROBERT G. MORROW, Judge.

In Banc.

APPEAL DISMISSED.    REHEARING DENIED.

For the motion, *Mr. Wilber Henderson.*

*Contra, Mr. W. W. Dugan, Jr.,* and *Mr. Henry S. Westbrook.*

PER CURIAM.—This case came on for hearing and respondent filed a motion to dismiss the appeal and affirm the judgment for the reason that no abstract has been filed as required by Section 554, Or. L., and Rule 6 of this court.

No abstract has ever been filed, nor has any showing been made tending to excuse such neglect. This appeal will therefore be dismissed, and the judgment of the lower court affirmed: *Swanson* v. *Leavens*, 26 Or. 561 (40 Pac. 230), *Close* v. *Close*, 28 Or. 108 (42 Pac. 128), and *Van Tassel* v. *Jefferson County*, 90 Or. 600 (177 Pac. 955). REHEARING DENIED.